UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER GRAHAM and<br>JOSE CUEVAS | : | CIVIL ACTION NO. |
| | : | |
| | : | 303CV990(AWT) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| FIRELINE, INC. | : | |
| | : | |
| Defendant | : | FEBRUARY 4, 2004 |

**DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY,
OR IN THE ALTERNATIVE TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules for the United States District Court for the District of Connecticut, the defendant, Fireline, Inc. ("Defendant"), respectfully requests that this Court issue an order precluding the plaintiffs, Alexander Graham and Jose Cuevas ("Plaintiffs") from utilizing any experts in this case on the ground that the time for the Plaintiffs to disclose their experts and produce expert reports has passed, and preclusion is warranted pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure. In the alternative, Defendant requests that the court extend all current discovery deadlines by at least three months and move the trial readiness date to sometime after January 1, 2005.

A Memorandum of Law in support of this Motion is attached hereto.

- 2 -

           THE DEFENDANT
           FIRELINE, INC.


      By_____
           Mark B. Seiger
           Fed. Bar No. ct 05580
           mseiger@edwardsangell.com
           Charles F. Gfeller
           Fed. Bar No. ct 18119
           cgfeller@edwardsangell.com
           EDWARDS & ANGELL, LLP
           90 State House Square
           Hartford, Connecticut 06103
           Phone : (860) 525-5065
           Fax: (860) 527-4198

- 3 -

## CERTIFICATION

       This is to certify that on the 4th day of February, 2004, a copy of the foregoing has been mailed via certified mail, postage prepaid, to the following:

Thomas A. Virgulto
Fed. Bar. No. ct 12058
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven, CT  06510
(203) 787-5805

 

_____
Charles F. Gfeller