UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ALEXANDER GRAHAM and<br>JOSE CUEVAS<br><br>    Plaintiffs<br><br>VS.<br><br>FIRELINE, INC.<br><br>    Defendant | CIVIL ACTION NO.<br><br>2004 FEB -9 P 3:34<br><br>303CV990(AWT)<br><br>DISTRICT COURT<br>HARTFORD, CT.<br><br><br>JANUARY 29, 2004 |

**PLAINTIFF'S REPLY
TO DEFENDANT'S AFFIRMATIVE DEFENSES**

The Plaintiffs, ALEXANDER GRAHAM and JOSE CUEVAS, hereby deny each and every Affirmative Defense as set forth by the Defendant, FIRELINE, INC.

THE PLAINTIFF

By _____
Thomas A. Virgulto
Fed. Bar No. ct 12058
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven, CT 06510
(203) 787-5805
(203) 777-9020 [Fax]

**CERTIFICATION**: I hereby certify that a copy of the foregoing was mailed, postage prepaid, to Charles F. Gfeller, Esq., Edwards & Angell, LLP, 90 State House Square, Hartford, CT 06103 on January 29, 2004.

_____
Thomas A. Virgulto