UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | : CIVIL ACTION NO. |
| Plaintiffs | : 303CV990(AWT) |
| VS. | : |
| FIRELINE, INC. | : JANUARY 29, 2004 |
| Defendant | : |

## PLAINTIFF'S DEMAND FOR JURY

The Plaintiffs, ALEXANDER GRAHAM and JOSE CUEVAS, pursuant to Rule 38(b) of the F.R.C.P., and the Seventh Amendment to the United States Constitution, hereby makes demand for a Trial by Jury.

THE PLAINTIFF

By _____
Thomas A. Virgulto
Fed. Bar No. ct 12058
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven, CT 06510
(203) 787-5805
(203) 777-9020 [Fax]

**CERTIFICATION**: I hereby certify that a copy of the foregoing was mailed, postage prepaid, to Charles F. Gfeller, Esq., Edwards & Angell, LLP, 90 State House Square, Hartford, CT 06103 on January 29, 2004.

_____
Thomas A. Virgulto