TOTAL TIME: ___ hours ___ minutes          DEPUTY CLERK _____    HONORABLE **Thompson**
                                                                        RPTR/~~ERO/TAPE~~ **CT**

DATE **2/23/04**     START TIME **12:10 pm**   END TIME **12:15 pm**
                     LUNCH RECESS FROM _____ TO _____
                     RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **03CV990**

**Graham**
  vs.                                    **Thomas Virgulto**
**Fireline**                             Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Charles Gfeller**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing **by phone**        ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing              ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing            ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

**MOTION DOCUMENT NO.**

☒ #11  Motion **to preclude or modify schedule**         ☐ granted  ☐ denied  ☒ advisement
☒ #13  Motion **to strike reply to affirmative defenses** ☐ granted  ☐ denied  ☒ advisement
☐ #__  Motion ____                                        ☐ granted  ☐ denied  ☐ advisement
☐ #__  Motion ____                                        ☐ granted  ☐ denied  ☐ advisement
☐ #__  Motion ____                                        ☐ granted  ☐ denied  ☐ advisement
☐ #__  Motion ____                                        ☐ granted  ☐ denied  ☐ advisement
☐ #__  Motion ____                                        ☐ granted  ☐ denied  ☐ advisement

Oral Motion ____    ☐ granted  ☐ denied  ☐ advisement
Oral Motion ____    ☐ granted  ☐ denied  ☐ advisement
Oral Motion ____    ☐ granted  ☐ denied  ☐ advisement
Oral Motion ____    ☐ granted  ☐ denied  ☐ advisement

☐ Brief(s) due ____   ☐ Proposed Findings due ____   Response due ____

Hearing continued until ____