## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER GRAHAM and<br>JOSE CUEVAS | : <br> : <br> : | CIVIL ACTION NO.<br><br>303CV990(AWT) |
|     Plaintiffs | : <br> : | |
| VS. | : <br> : | |
| FIRELINE, INC. | : <br> : | |
|     Defendant | : | FEBRUARY 19, 2004 |

### JOINT MOTION TO AMENDED CASE MANAGEMENT PLAN

The Parties herein hereby move and request that this Honorable Court grant the Parties leave to amend the Case Management Plan Memorialized by Form 26(f), and dated July 7, 2003, by Agreement of such Parties, such that the dates set forth below be modified as follows:

**E.     Discovery**:

2. The date for the completion of discovery be modified from June 1, 2004 to September 1, 2004.

5. The date for the completion of all depositions of fact witnesses be modified from June 1, 2004 to September 1, 2004.

7. The date by which Plaintiff must disclose Experts be modified from December 1, 2003 to March 1, 2004.  The date by which Depositions of such Experts shall be completed be modified from March 1, 2004 to June 1, 2004.

8. The date by which Defendant must disclose Experts be modified from April 1, 2004 to July 1, 2004. The date by which Depositions of such Experts shall be completed be modified from June 1, 2004 to September 1, 2004.

9. The date by which a Damages Analysis be provided be modified from December 1, 2004 to March 1, 2004.

**F.    Dispositive Motions:**

The date by which Dispositive motions will be filed be modified from July 1, 2004 to October 1, 2004.

**G.    Joint Trial Memorandum:**

The Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within sixty (60) days of the Court's ruling on dispositive motions. The date by which such Memorandum will be filed if no such motions are made, be modified from September 1, 2004 to January 15, 2005.

**VI.    Trial Readiness**:

The case will be ready for trial within sixty (60) days of the Court's ruling on dispositive motions. The date when this case will be ready for trial, if no such motions are made, be modified from September 15, 2004 to January 30, 2005.

|  |  |
|---|---|
|  | **THE PLAINTIFF**<br>**ALEXANDER GRAHAM and**<br>**JOSE CUEVAS** |
| Dated: February 19, 2004 | By _____<br>Thomas A. Virgulto<br>Fed. Bar. No. ct 12058<br>Mongillo, Insler & Virgulto, P.C.<br>26 Elm Street<br>New Haven, CT  06510<br>(203) 787-5805 |
|  | **THE DEFENDANT**<br>**FIRELINE, INC.** |
| Dated: _____, 2004 | By _____<br>Charles F. Gfeller<br>Fed. Bar  No. ct 18119<br>Edwards & Angell, LLP<br>90 State House Square<br>Hartford, CT 06103<br>(860) 525-5065 |

HFD_97172.1/JHELMKE

- 4 -

## **ORDER**

The foregoing Motion having been presented and heard, it is hereby ORDERED:

GRANTED  /  DENIED.

BY THE COURT

_____
Clerk  / Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Amend Case Management Plan has been sent, via first class mail, postage prepaid, this 19th day of February, 2004 to:

Charles F. Gfeller, Esquire
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT  06103
(860) 525-5065

_____
Thomas A. Virgulto