GRANTED, at a telephonic hearing held on the record today. The Clerk shall strike from the docket the Plaintiffs' Reply to Defendant's Affirmative Defenses (Doc. #14). It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT   2/23/2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | CIVIL ACTION NO. |
| Plaintiffs | 303CV990(AWT) |
| VS. | |
| FIRELINE, INC. | |
| Defendant | FEBRUARY 6, 2004 |

**DEFENDANT FIRELINE, INC.'S MOTION TO STRIKE PLAINTIFFS' REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES AND OBJECTION TO PLAINTIFF'S DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 12(f) and 38, respectively, the defendant, Fireline, Inc. ("Defendant"), hereby moves to strike the Reply to Defendant's Affirmative Defenses, dated January 29, 2004, filed by plaintiffs Alexander Graham and Jose Cuevas ("Plaintiffs"), and objects to the Plaintiffs' Demand for Jury Trial, dated January 29, 2004. In support of its Objection, Defendant offers the following:

**I.   BACKGROUND AND PERTINENT FEDERAL RULES**

A.   The Federal Rules

Fed. R. Civ. P. 7, entitled "PLEADINGS ALLOWED; FORM OF PLEADINGS," states in pertinent part:

> (a) **Pleadings.** There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim. . . **No other pleading shall be allowed**, except that the court may order a reply to an answer or a third-party answer.