DENIED as moot, at a telephonic hearing held on the record today, as a revised case management plan will be put in place. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    2/23/2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | : CIVIL ACTION NO. |
| Plaintiffs | : 303CV990(AWT) |
| VS. | : |
| FIRELINE, INC. | : |
| Defendant | : FEBRUARY 4, 2004 |

**DEFENDANT'S MOTION TO PRECLUDE EXPERT TESTIMONY,
OR IN THE ALTERNATIVE TO MODIFY THE SCHEDULING ORDER**

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules for the United States District Court for the District of Connecticut, the defendant, Fireline, Inc. ("Defendant"), respectfully requests that this Court issue an order precluding the plaintiffs, Alexander Graham and Jose Cuevas ("Plaintiffs") from utilizing any experts in this case on the ground that the time for the Plaintiffs to disclose their experts and produce expert reports has passed, and preclusion is warranted pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure. In the alternative, Defendant requests that the court extend all current discovery deadlines by at least three months and move the trial readiness date to sometime after January 1, 2005.

A Memorandum of Law in support of this Motion is attached hereto.