#17

GRANTED. Discovery shall be completed by September 1, 2004. Dispositive motions, if any, shall be filed on or before October 1, 2004. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    2/27/2004

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 23  A 11:00

| | |
|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | CIVIL ACTION NO. |
| Plaintiffs | 303CV990(AWT) |
| VS. | |
| FIRELINE, INC. | |
| Defendant | FEBRUARY 19, 2004 |

### JOINT MOTION TO AMEND CASE MANAGEMENT PLAN

The Parties herein hereby move and request that this Honorable Court grant the Parties leave to amend the Case Management Plan Memorialized by Form 26(f), and dated July 7, 2003, by Agreement of such Parties, such that the dates set forth below be modified as follows:

**E.   Discovery:**

2. The date for the completion of discovery be modified from June 1, 2004 to September 1, 2004.

5. The date for the completion of all depositions of fact witnesses be modified from June 1, 2004 to September 1, 2004.

7. The date by which Plaintiff must disclose Experts be modified from December 1, 2003 to March 1, 2004. The date by which Depositions of such Experts shall be completed be modified from March 1, 2004 to June 1, 2004.

FILED
2004 MAR -1 P 12:08
U.S. DISTRICT COURT
HARTFORD, CT.