## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | : | CIVIL ACTION NO. |
| | : | |
| | : | 303CV990(AWT) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| FIRELINE, INC. | : | JANUARY 29, 2004 |
| | : | |
| Defendant | : | |

### DISCLOSURE OF EXPERT

Pursuant to Rule 26(a)(2) of the F.R.C.P., the Plaintiffs, ALEXANDER GRAHAM and JOSE CUEVAS, hereby disclose the following as an expert witness with respect to the above-entitled matter, and upon whom it intends to rely for testimony at the time of trial by supplying the following information:

Name of Expert: **Raymond J. Erikson, M.Sc.** of Robson Lapina, 21 Wilbraham Street, Suite 2A, Building #1, Palmer, MA 01069.

Subject Matter: Mr. Erikson is expected to testify as to the nature and cause of the June 3, 2000 incident at casting station #21, of the Ansonia Copper & Brass plant in Ansonia, Connecticut. He will testify as to the cause of the failure of the ceramic pouring cup, which resulted in a billet leak which thereafter caused an explosion of steam and molten metal which ultimately injured the Plaintiffs.

Substance of the Facts and Opinions: Mr. Erikson is expected to testify as to his opinion based upon his review of relevant materials, that the ceramic pouring cup was made of low-density clay-based refractory ceramic; that thermal stresses can become sufficiently hight so as to fracture the cup; that loss of the bottom of the cup during the pouring process can lead to a disruption of the metal freezing process, and changes in the billet temperature distribution; that such changes in billet temperature distribution can lead to tearing or leaking of molten metal from the billet; and that the material from which the pouring cup was made is not suitable, in its present form, for applications such as a pouring cup.

Grounds for Opinion: Mr. Erikson is expected to testify as to his opinion based upon his review of statements given by the Plaintiffs, excerpts from an OSHA report related to the subject incident, photographs and sketches of the casting furnace set-up and layout, classifications furnished by the American Society for Testing and Materials, an exemplar pouring cup which failed (in much the same way as the subject cup) on May 7, 2003, and online data.

THE PLAINTIFF

By_____

Thomas A. Virgulto
Fed. Bar No. ct 12058
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven, CT 06510
(203) 787-5805
(203) 777-9020 [Fax]


**CERTIFICATION**: I hereby certify that a copy of the foregoing was mailed, postage prepaid, to Charles F. Gfeller, Esq., Edwards & Angell, LLP, 90 State House Square, Hartford, CT 06103 on January 29, 2004.

_____

Thomas A. Virgulto