## ENGINEER'S REPORT

# CERAMIC POURING CUP FAILURE ANALYSIS

Prepared by

### Raymond J. Erikson, M.Sc., M.E.
Material Systems Engineer

Prepared for

### Thomas A. Virgulto, Esq.
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven CT 06502

**November 3, 2003**

**Robson Lapina**

*POURING CUP ANALYSIS*             **PAGE 1**

## 1. INTRODUCTION

On the morning of 3 June 2000, at the Ansonia Copper and Brass Company in Ansonia, Connecticut, Alexander Graham and Jose Cuevas were burned by molten metal and steam when the casting system they were operating malfunctioned.

## 2. INFORMATION REVIEWED

1. Statement from Jose Cuevas on OSHA Form 181A taken 31 July 2000.
2. Excerpts from OSHA report for 6/3/00 incident.
3. Sketches of plant arrangement and furnace setup, and static photos of casting station #21 (not in operation).
4. Website for Ansonia Copper & Brass Company (www.ansoniacb.com).
5. Website for Wagstaff, Inc. (www.wagstaff.com), maker of casting equipment.
6. Investment Casting Institute online profile for Fireline, Inc., maker of pouring cup, at website (www.investmentcasting.org).
7. ASTM C401. Standard Classification of Alumina and Alumina-Silicate Castable Refractories. West Conshohocken: American Society for Testing and Materials.
8. ASTM C416. Standard Classification of Silica Refractory Brick. West Conshohocken: American Society for Testing and Materials.

## 3. BACKGROUND INFORMATION

Based on the statement taken from Jose Cuevas following the incident, at 11 pm on the evening of 2 June 2000, Mr. Cuevas reported for work at casting station #21 in the Ansonia Copper and Brass plant located in Ansonia, Connecticut. He cleaned out the molds and coated them with 210 Slip Plate. He blew the dust off the plugs (bottom blocks) and put three 16 x 16-inch pieces of paper (obtained from either charcoal or lamp-black bags) down on each of them to seal the molds (the amount of paper required increases from one or two pieces for new components to four or five for worn molds and plugs).

Mr. Cuevas put the running box, a T-shaped trough, in place over the molds. He checked the temperature of the molten Alloy 651 (a low silicon bronze with a melting range of 1030°C to 1060°C) in the furnace with a pyrometer and determined that it was at a temperature of about 1150°C. He then sent a sample of the metal to the plant laboratory for analysis at about 12:30 am on the morning of 3 June 2000.

After about twenty minutes, Mr. Cuevas received a report from the lab that indicated he need to add about 15 pounds of silicon to the melt in the furnace to give it the correct chemical composition. He attached the pouring cups to the running box, and noted that the water level of the casting tank was sufficient. He then raised the furnace to begin pouring the molten metal into the running box.

**Robson Lapina**

The downcasting process continued without incident for about 30 minutes, at which point Mr. Cuevas noticed that the right (south) billet had started to leak molten metal. He also reports that he noticed that metal was seeping from the right (south) plug into the cooling tank (though the meaning of this is not clear), and called his supervisor, Alex Graham, to look at the problem. Mr. Cuevas was able to stop the pour from the furnace by tilting it back, but he could not stop the downcast operation until the running box was empty.

Mr. Graham was standing in front of the casting tank dressed in green work clothes and a white hardhat, typical attire for supervisors. He was not wearing any special personal protection equipment (PPE) such as a faceshield, respirator or metallized heat-resistant coat. Mr. Cuevas was standing at the control panel. Then the lights went out and the men heard a loud thump.

Post-incident examination of the billets showed that the left (north) billet was 92 inches long and cylindrical its full length, while the right (south) billet was 87 inches long and mushroomed at the top. The 18-inch portion of each billet inside its mold was more lightly colored than the remainder of the billet.

## 4. EXAMINATION

An exemplar pouring cup, which had failed on 7 May 2003 and caused billet leakage similar to that observed in the subject incident, was provided to the author, along with some additional cup ends, excerpts from incident reports, and diagrams and photos of the casting setup. The pouring cup had fractured more or less along the centerline of the four holes in the bottom that serve to evenly distribute the molten metal flowing down from the running box onto the top of the billet.

The cup parts were coated in places with graphite lubricant and residual layers of melted metal. The central cup cavity appeared to have a diameter of approximately 1.5 inches, while the four holes at the base appeared to have nominal diameters somewhere around 0.75 inches. The resulting ratio between the central cross-sectional area (where the molten metal entered the cup) and the lower opening areas (where the metal left the cup) is thus about 1.0. This means that the area available at the exit is the same as that at the entrance to the cup, and so the exit holes do not present a significant flow restriction.

A slice from the cup flange was measured and weighed, from which the density was determined to be 1.95 grams per cubic centimeter (g/cc). A chip from the cup was examined with a Topcon DS-701 scanning electron microscope (SEM) equipped with an energy dispersive spectrometer (EDS). This showed that the cup was made of silica ($SiO_2$) particles 50 to 100 microns across bound together in what appears to be a montmorillonite ($Al_2Si_4O_{10}[OH]$) clay matrix. Also present were some zircon ($ZrSiO_2$) particles roughly 10 to 20 microns across, and traces of titania as well. Zircon is sometimes added to ceramics to improve fracture toughness. The titania may be a trace impurity or it may have been added as a whitener. No calcium (as part of CaO, lime) was detected, but this is likely present in very small amounts to induce chemical binding.

## 5. ANALYSIS

There are a number of ways a direct-chill (DC) billet-casting operation can go awry:

1. The molten metal in the furnace can be too hot; i.e., too far above the lower freezing point of the alloy. This can allow some of the metal near the sides of the billet to remain liquid after it leaves the bottom of the mold, causing billet leaks.

2. The molten metal in the furnace can be too cool; i.e., too close to the upper freezing point of the alloy. This can allow some of the metal to solidify before it passes into the mold, blocking the flow through the pouring cup and causing the billet to tear away from the mold for lack of metal.

3. The flow rate through the pouring cups can be too high. The flow rate is normally controlled by the pouring rate from the furnace into the running box, and by control valves directly above the pouring cups. An excessive flow rate would allow molten metal to overflow the mold.

4. The flow rate through the pouring cups can be too low. As with a too-low temperature, this can cause the billet to form incompletely or separate from the mold.

5. The rate at which the bottom block (called the "plug" by Mr. Cuevas) is drawn downward by the hydraulic ram of the casting machine can be too high. This rate needs to match the rate of billet creation exactly. If the bottom block descends too quickly, the billet will be unsupported at the bottom and subjected to large tensile stresses at the top, where it is very weak. This, in turn, would result in separation of the billet from the mold and release of molten metal.

6. The bottom block rate could be too low. If the bottom block does not descend fast enough, the excess metal will overflow the top of the mold.

7. The cooling water could be insufficient in quantity or of the wrong specific composition (i.e., with the wrong types or amounts of additives necessary to control the heat transfer coefficient of the water). Insufficient cooling would allow the billet to remain closer to the freezing/melting point as it leaves the mold, and thus be more susceptible to tearing, with resulting leakage of molten metal from the side of the billet.

   (Excessive cooling should not have any deleterious effects on any metal.)

Separation of the bottom of the pouring cup from its body would not produce a significantly different flow rate, since the holes in the bottom have the same total surface area as the central passage. However, the distribution of molten metal in the mold would change significantly, since four separate streams of metal previously directed to the sides of the mold would become a single large stream directed to the middle of the mold.

With less of the molten metal exposed to the cooling sidewalls of the mold, more of the metal in the mold could remain above the freezing point. This could conceivably lead to excessive heat buildup in the billet, and result in the observed billet leakage.

(The lost cup bottom would tend to float on the pool of molten metal, since at 1.95 g/cc it is much less dense than the metal at about 8.75 g/cc.)

Examination of the ASTM standards shows that materials of this type have minimum tensile strengths in the range of 300 to 600 pounds per square inch (psi). The static weight of the column of metal above the base of the cup would be about five pounds, so by inspection, the static stress on the cup material near the base is negligible. The dynamic stress as the column of metal impacts the base of the cup at the start of the pour could be significantly higher, but the failure of the subject cup could not have occurred then, since a considerable length of billet was produced successfully.

The only likely mechanism of failure, then, is thermal stress. From Roark[1], for a hollow cylinder with the inner surface at higher temperature than the outer surface, the thermal tensile stress induced in the outer surface is given as

$$\sigma = \frac{\Delta T \alpha E}{2(1-\nu)\ln(c/b)}\left(1 - \frac{2b^2}{c^2-b^2}\ln\frac{c}{b}\right) \qquad (1)$$

where $\Delta T$ is the temperature difference between inner and outer walls, $\alpha$ is the thermal strain rate (TSR) of the material, $E$ is the Young's modulus, $\nu$ is the Poisson's ratio, $c$ is the outer radius, and $b$ is the inner radius. From measurements, the inner and outer radii are approximately $b = 0.75$ inch and $c = 1.5$ inch, respectively.

Clays like this have Young's moduli around 10 million psi, TSR's around 7 parts per million per degree Celsius (ppm/°C) and Poisson's ratios of around 0.15. The stress per degree of temperature difference between the inner and outer surfaces is then

$$\sigma = \frac{(1°C)(7E\text{-}6/°C)(10E6 \text{ psi})}{2(1-0.15)\ln(1.5 \text{ in}/0.75 \text{ in})}\left(1 - \frac{2(0.75 \text{ in})^2}{(1.5 \text{ in})^2-(0.75 \text{ in})^2}\ln\frac{1.5 \text{ in}}{0.75 \text{ in}}\right)$$

$$\sigma = 32.0 \text{ psi}$$

One would expect much larger temperature differences than 1°C between the inner and outer surfaces of the cup; 100°C is quite plausible. In the latter case, the stress at the cup surface would be 3200 psi, which greatly exceeds the ASTM requirements for this kind of material at room temperature — and strength decreases with increasing temperature.

---

[1] Roark, R.J. (1975). *Formulas for Stress and Strain, Fifth Edition.* New York: McGraw-Hill. p585.

## 6. FINDINGS

Within the bounds of reasonable technical certainty, and subject to change if additional information becomes available, it is my opinion that:

1. The pouring cup is made of a low-density, clay-based refractory ceramic.

2. Thermal stresses in the cup can become sufficiently high to fracture the cup material.

3. Loss of the cup bottom can lead to disruption of the metal freezing process and changes in the billet temperature distribution.

4. Changes in the billet temperature distribution can lead to tearing and leaking of molten metal from the billet.

5. The material from which the pouring cup is made may be suitable for firebricks and other objects which are loaded in compression only, but not for applications such as the pouring cup, unless it is reinforced by a metallic outer shell.

While the thermal stresses developed in the pouring cup almost certainly exceed the nominal strength of the cup material under the conditions present during casting, the magnitude of the stresses actually developed cannot be determined without more detailed thermal analysis of both the billet-mold system and the cup installation. This analysis would require work beyond the current scope of effort.

*Ray Erikson*

RAYMOND J. ERIKSON, M.SC., M.E.
*Material Systems Engineer*