UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER GRAHAM and JOSE CUEVAS | : CIVIL NO. 3:03 CV 990 (AWT) |
| Plaintiffs, | : |
| V. | : |
| FIRELINE, INC. | : |
| Defendant. | : JUNE 15, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to *Fed.R.Civ.P.* 56, the defendant, Fireline, Inc. ("Defendant" or "Fireline"), through its undersigned counsel, respectfully moves the Court for summary judgment. This is an action sounding solely in an alleged violation of the Connecticut Products Liability Act, Conn. Gen. Stat. § 52-572m et seq. Plaintiffs, Jose Cuevas and Alexander Graham ("Plaintiffs"), have no expert opinion as to liability/causation in this matter. Absent expert testimony on this issue, Plaintiffs cannot meet their burden of proof. There is no genuine issue of material fact, and Defendant is entitled to judgment as a matter of law. In support of its Motion, Defendant submits a Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court grant summary judgment in its favor.

          THE DEFENDANT
          FIRELINE, INC.


          By   /s/ Charles F. Gfeller
          Mark B. Seiger, Esq.
          Fed. Bar No. ct 05580
          Charles F. Gfeller, Esq.
          Fed. Bar No. ct 18119
          EDWARDS & ANGELL, LLP
          90 State House Square
          Hartford, Connecticut 06103
          (860) 525-5065
          Telecopy (860) 527-4198

- 3 -

## **CERTIFICATION**

      This is to certify that on the 15th day of June, 2004, a copy of the foregoing has been mailed via First Class U.S. Mail mail, postage pre-paid, to:

Thomas A. Virgulto, Esq.
Mongillo, Insler & Virgulto, P.C.
26 Elm Street
New Haven, CT  06510

                                               /s/ Charles F. Gfeller
                                                Charles F. Gfeller