UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER GRAHAM and<br>JOSE CUEVAS<br>*Plaintiffs* | : | CIVIL ACTION NO. 303CV990 (AWT) |
| VS. | : | |
| FIRELINE, INC.<br>*Defendant* | : | |

## APPEARANCE

TO: The Clerk of the Court

    Please enter my Appearance on behalf of the Plaintiffs, ALEXANDER GRAHAM and JOSE CUEVAS in the above-captioned matter.

    I am entering this Appearance in Lieu of my previous appearance with Mongillo, Insler & Virgulto, P.C.

THE PLAINTIFFS

By _____
Thomas A. Virgulto
Fed Bar No. CT-12058
121 Samson Rock Drive
Madison, CT 06443

**CERTIFICATION**: I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following on May 10, 2005:

Charles F. Gfeller, Esq.       Mongillo, Insler & Virgulto, P.C.
Edwards & Angell, LLP       26 Elm Street
90 State House Square       New Haven, CT 06510
Hartford, CT 06103

_____
Thomas A. Virgulto