**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
ALEXANDER GRAHAM and JOSE     :
CUEVAS                        :
                              :
     Plaintiffs,              :   Civil No. 3:03CV00990 (AWT)
                              :
v.                            :
                              :
FIRELINE, INC.,               :
                              :
        Defendant.            :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The Defendant's Motion to Preclude Proffered Expert Testimony of Raymond J. Erikson Pursuant to Federal Rule of Evidence 702 and <u>Daubert</u> (Doc. No. 22) is hereby DENIED, as moot. (<u>See</u> Ruling on Motion for Summary Judgment (Doc. No. 32.)

    It is so ordered.

    Dated this 14th day of June 2006 at Hartford, Connecticut.

                                                   /s/ (AWT)
                                            Alvin W. Thompson
                                  United States District Judge