UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER GRAHAM, and<br>JOSE CUEVAS | :<br>:<br>: |
| v. | CASE NO. 3:03CV990 (AWT) |
| FIRELINE, INC. | : |

## JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Fireline, Inc.

Dated at Hartford, Connecticut, this 15th day of June, 2006.

KEVIN F. ROWE, Clerk

By _____/s/_____
Sandra Smith
Deputy Clerk